```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANTHONY ANDRE PAUL and ALBERTY                              :
PAUL, as co-Administrators of the Estate of                 :
ANTHONY ANDRE PAUL II, Deceased                             :
                                                            :         16-CV-1952 (VSB)
                                       Plaintiffs,          :
                                                            :              ORDER
              -v-                                           :
                                                            :
THE CITY OF NEW YORK, et. al.                               :
                                                            :
                                       Defendants.          :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      As detailed in the conference in this matter held on May 31, 2016, it is hereby:

      ORDERED that the Force Investigations Division of the New York City Police Department and the Internal Affairs Bureau of the New York City Police Department release to the New York City Law Department any and all documents related to the investigation into the circumstances surrounding the death of Anthony Andre Paul II. This includes any and all sealed criminal histories and/or other matters that might be sealed, including any and all documents sealed pursuant to New York Criminal Procedure Law § 160.50.

      IT IS FURTHER ORDERED that the City of New York shall inform the Court as soon as it receives the requested documents from the New York City Police Department.

      IT IS FURTHER ORDERED that the parties in this matter shall file a joint letter on or before July 6, 2016 concerning the status of the City of New York's (1) review of the requested documents and (2) analysis of whether and which individual defendants will be represented by the New York City Law Department. Specifically, such letter shall include information

concerning whether the City of New York has completed its review of the documents, the status of the review of the documents (including, if the review is not complete, an estimate of how much time will be needed to complete the review), and which of the individual defendants (if any) counsel for the New York City Law Department will be representing in this matter or, if such final decisions have not been made, a proposed date by which all such decisions will be made.

    IT IS FURTHER ORDERED that a status conference in this matter is scheduled for July 13, 2016 at 10:00 a.m.

    SO ORDERED.

Dated: June 2, 2016
       New York, New York

Vernon S. Broderick
United States District Judge