


**JAMES E. JOHNSON**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Elizabeth Dollin**
*Special Federal Litigation Division*
*212-356-3525*
*edollin@law.nyc.gov*

November 20, 2019

Honorable Vernon S. Broderick *(by ECF)*
United States District Court
Southern District of New York
40 Foley Square
New York, New York  10007

The conference scheduled for November 22, 2019, is adjourned to December 10, 2019, at 12:30 p.m.
SO ORDERED:

*/s/ Vernon Broderick* 11/21/2019
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

      Re:  Anthony Paul, et al. v. City of New York, et al.,
            16 CV 01952 (VSB) (SN)

Your Honor:

     I am a Deputy Chief in the Special Federal Litigation Division in the office of James E. Johnson, Corporation Counsel of the City of New York.  Senior Counsel Susan Scharfstein of this office represents defendants City of New York, Vincent Giordano, Eugene McCarthy, Michael Licitra, Anthony DiFrancesca, Richard Hefner, Aramis Ramos, Darren McNamara, Andrew McCormack, Finbarr McCarthy, and Kevin O'Doherty ("Defendants[1]") in the above-referenced matter.  For the reason set forth below, Defendants respectfully request an adjournment of the conference currently scheduled for Friday, November 22, 2019 at 10:00 a.m. to a time convenient for the Court but after December 9, 2019.  Derek S. Sells, counsel for plaintiffs, and Patrick J. Brennan, counsel for Co-defendants, have each consented to this request which, upon information and belief, is the first request made by Defendants for an adjournment of this conference.

     Earlier today, Ms. Scharfstein informed the undersigned that a family medical emergency had arisen that requires her to be out of the office for some time.  I am unaware of the specifics except to note that Ms. Scharfstein believes she will have to be out of the office for at least two weeks.  Accordingly, it is respectfully requested that the conference scheduled for November 22, 2019 be adjourned until on or after December 9, 2019.  Mr. Sells has informed the undersigned that he is available on any of the following dates: December 11, 12, 13, 17, 18, and

---

[1] Co-defendants New York City Health & Hospitals Corporation and North Central Bronx Hospital are separately represented in this action and, for ease of reference, are referred to herein as "Co-defendants."

- 2 -

19 and Mr. Brennan has informed me that he, or an attorney from his office, can be available on any of those dates.

        Thank you for your consideration herein.

                              Respectfully submitted,

                              /s/

                        /s/ *Elizabeth Dollin*

All Counsel of Record *(by ECF)*