# THE COCHRAN FIRM
## NEW YORK, NEW YORK

⚖

127 PEACHTREE STREET, NE
SUITE 800
ATLANTA, GEORGIA 30303

430 WEST MAIN STREET
DOTHAN, ALABAMA 36301

4929 WILSHIRE BOULEVARD
SUITE 1010
LOS ANGELES, CALIFORNIA 9010

55 BROADWAY - 23RD FLOOR
NEW YORK, NEW YORK 10006
TELEPHONE: (212) 553-9215 • FAX: (212) 227-8763

ONE COMMERCE SQUARE
26TH FLOOR
MEMPHIS, TENNESSEE 38103

306 N. MAIN STREET
TUSKEGEE, ALABAMA 36083

1100 NEW YORK AVENUE, NW
SUITE 340
WASHINGTON, DC 20005

Writer's direct dial (212) 553-9120

November 22, 2019

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 11/25/2019
The status conference scheduled for December 10, 2019, at 12:30 p.m. is adjourned to December 11, 2019, at 12:30 p.m.

**VIA ECF**
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

     Re: Anthony A. Paul, et al. v. City of New York, et al.;
       Docket No. 16-cv-01952

Dear Judge Broderick,

  I am the Chairman of The Cochran Firm, and I write this letter in response to Your Honor's Order granting Defendants' letter motion to adjourn the conference. In Your Honor's Order granting the Defendants' request, the conference was adjourned to December 10, 2019. However, as stated in the Defendants' letter dated November 20, 2019, we are only available the following dates: December 11, 12, 13, 17, 18 and 19.

  Due to our unavailability on December 10, 2019 because of a previously scheduled mediation, we respectfully request that the conference be adjourned to a later date.

              Sincerely,

              Derek S. Sells

CC: Attorneys of Record (via ECF)

ATLANTA • DALLAS • JACKSON • LAS VEGAS
LOS ANGELES • MEMPHIS • MIAMI • NEW ORLEANS • NEW YORK • ST. LOUIS