

**JAMES E. JOHNSON**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

*Susan P. Scharfstein*
*Special Federal Litigation Division*
*212-356-2355*
*Facsimile: (212) 356-3509*
*sscharfs@law.nyc.gov*

Honorable Vernon S. Broderick *(by ECF)*
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J. 12/10/2019

The conference scheduled for December 11, 2019, is adjourned to January 23, 2020, at 11:30 a.m.

Re: <u>Anthony Paul, et al. v. City of New York, et al.</u>, 16 CV 01952 (VSB) (SN)

Dear Judge Broderick:

      I am an attorney in the office of James E. Johnson, Corporation Counsel of the City of New York, counsel for defendants City of New York, Vincent Giordano, Eugene McCarthy, Michael Licitra, Anthony DiFrancesca, Richard Hefner, Aramis Ramos, Darren McNamara, Andrew McCormack, Finbarr McCarthy, and Kevin O'Doherty (defendants). I write, with the consent of all parties, to request a second adjournment of the post-discovery conference, which is currently set for December 11, 2019, at 4:00 p.m. The reason for this request is that I expect to be out of the office on an ongoing basis this month as a result of a family medical emergency. In light of the upcoming end-of-year holidays and the uncertainty as to my availability for the conference, it seems most practical to request that the Court reschedule the conference for a date in early January or as soon thereafter as is convenient for the Court.

      For this reason, defendants ask that the Court adjourn the conference to a date in early January or thereafter. Defendants previously requested one adjournment of the conference on November 20, 2019, which was granted by the Court. If the Court grants this request, defendants are available on any dates in January except January 8, and January 24, 2020. Counsel for plaintiff and co-defendants have not indicated that any January dates present any scheduling conflicts from their perspective.

      Thank you for your consideration herein.

Respectfully submitted,

/s/*Susan P. Scharfstein*

Susan P. Scharfstein

cc: All Counsel of Record *(by ECF)*