Alberty Paul
December 19, 2018                                    1

COPY

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    ------------------------------------------X

4    ANTHONY ANDRE PAUL AND ALBERTY PAUL, AS CO-ADMINISTRATOR OF THE

5    ESTATE OF ANTHONY ANDRE PAUL, II DECEASED,

6                      Plaintiffs,

7          -against-          Civil Action No.:
                              16-cv-01952

8

9    THE CITY OF NEW YORK, NORTH CENTRAL BRONX HOSPITAL, NEW YORK CITY

10   HEALTH AND HOSPITALS CORPORATION, DEPUTY CHIEF VINCENT GIORDANO,

11   INDIVIDUALLY AND IN HIS CAPACITY AS A MEMBER OF THE NEW YORK CITY

12   POLICE DEPARTMENT, CAPTAIN EUGENE MCCARTHY, INDIVIDUALLY AND IN

13   HIS CAPACITY AS A MEMBER OF THE NEW YORK CITY POLICE DEPARTMENT,

14   LIEUTENANT MICHAEL LICITRA, INDIVIDUALLY AND IN HIS CAPACITY AS A

15   MEMBER OF THE NEW YORK CITY POLICE DEPARTMENT, DETECTIVE ANTHONY

16   DIFRANCESCA, INDIVIDUALLY, AND IN HIS CAPACITY AS A MEMBER OF THE

17   NEW YORK CITY POLICE DEPARTMENT, DETECTIVE RICHARD HEFNER,

18   INDIVIDUALLY AND IN HIS CAPACITY AS A MEMBER OF THE NEW YORK CITY

19   POLICE DEPARTMENT, POLICE OFFICER ARAMIS RAMOS, INDIVIDUALLY AND

20   IN HIS CAPACITY AS A MEMBER OF THE NEW YORK CITY POLICE

21   DEPARTMENT, DETECTIVE DARREN MCNAMARA, INDIVIDUALLY AND HIS

22   CAPACITY AS A MEMBER OF THE NEW YORK CITY POLICE DEPARTMENT,

23   DETECTIVE ANDREW MCCORMACK, INDIVIDUALLY AND IN HIS CAPACITY AS A

24   MEMBER OF THE NEW YORK CITY POLICE DEPARTMENT, DETECTIVE FINBARR

25   MCCARTHY, INDIVIDUALLY AND IN HIS CAPACITY AS A MEMBER OF THE NEW

1   YORK CITY POLICE DEPARTMENT, SERGEANT O'DOHERTY, INDIVIDUALLY AND

2   HIS CAPACITY AS A MEMBER OF THE NEW YORK CITY POLICE DEPARTMENT,

3   JOHN AND JANE DOES, SAID NAMES BEING FICTITIOUS AND INTENDED TO

4   REPRESENT INDIVIDUAL OFFICERS, MEMBERS, AGENTS, SERVANTS AND OR

5   EMPLOYEES OF THE NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY

6   HEALTH AND HOSPITALS CORPORATION, NORTH CENTRAL BRONX HOSPITAL,

7   AND OR NEW YORK CITY EMERGENCY MEDICAL SERVICES OF THE NEW YORK

8   CITY FIRE DEPARTMENT IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY,

9                        Defendants.

10  ----------------------------------------------X

11                       61 BROADWAY
                         26TH FLOOR
12                       NEW YORK, New York 10006

13                       DECEMBER 19, 2018
                         10:40 a.m.

14

15

16       EXAMINATION BEFORE TRIAL of ALBERTY PAUL, the Plaintiff

17  in the above-entitled action, pursuant to Order, held at the

18  above time and place, and taken before NAOMI KATZ, a reporter and

19  Notary Public within and for the State of New York.

20

21

22

23

24

25

Alberty Paul
December 19, 2018                                          3

```
 1    A P P E A R A N C E S:

 2

 3    FURMAN, KORNFELD & BRENNAN, LLP.
            Attorneys for Defendants - New York City Health and Hospital
 4    and North Central Bronx
            61 Broadway, 26th floor
 5          New York, New York, 10006
            BY: KAITLIN DRUMMOND, ESQ.
 6

 7    THE COCHRAN FIRM
            Attorneys for Plaintiffs
 8          55 Broadway, 23rd Floor
            New York, New York, 10006
 9          BY: STEPHANIE CORREA, ESQ.

10

11    NEW YORK CITY LAW DEPARTMENT, OFFICE OF THE CORPORATION COUNSEL
            Attorneys for Defendants
12          100 Church Street
            New York, New York, 10007
13          BY: SUSAN P. SCHARFSTEIN, ESQ.

14

15

16

17

18

19

20

21

22

23

24

25
```

Alberty Paul
December 19, 2018

4

```
 1        IT IS HEREBY STIPULATED AND AGREED,

 2   by and between counsel for the respective

 3   parties hereto, that the filing, sealing and

 4   certification of the within deposition shall

 5   be and the same are hereby waived;

 6

 7        IT IS FURTHER STIPULATED AND AGREED

 8   that all objections, except as to the form

 9   of the question, shall be reserved to the

10   time of the trial;

11

12        IT IS FURTHER STIPULATED AND AGREED

13   that the within deposition may be signed

14   before any Notary Public with the same force

15   and effect as if signed and sworn to before

16   the Court.

17

18

19

20

21

22

23

24

25
```

```
1              ALBERTY PAUL

2    ALBERTY PAUL,

3      the witness herein, having first been

4    duly sworn by a Notary Public of the

5    State of New York, was examined and

6    testified as follows:

7

8    EXAMINATION BY

9    MS. DRUMMOND:

10        Q. Please state your name for the

11    record.

12        A. Alberty Paul.

13        Q. Please state your address.

14    ████████████████████████████████

15    ████████████████████████████████

16        Q. Good morning, Mr. Paul.

17        A. Good morning.

18        Q. My name is Kaitlin Drummond.

19    I'm an associate at the law firm of

20    Furman, Kornfeld & Brennan and we

21    represent New York City Health and

22    Hospital, North Central Bronx Hospital

23    in an action that has been brought on

24    behalf of Mr. Anthony Andre Paul.

25             Have you provided sworn
```

Alberty Paul
December 19, 2018                                    6

1              ALBERTY PAUL

2    testimony, either at a deposition or in

3    court ever before?

4        A. No, I have not.

5        Q. So I will just explain a little

6    bit.  I'm sure it's already been

7    explained to you, but I will explain a

8    little bit about the ground rules for

9    today, okay?

10       A. Okay.

11       Q. First is that we have a court

12   reporter here, obviously.  So she'll be

13   taking down everything that's said.

14   Along that same line, I need you to

15   keep your answers verbal.  She cannot

16   take down gestures of your head, such

17   as shakes or nods.  And also, along

18   that line, you need to wait for me to

19   finish my question completely before

20   you start your answer.  It's very

21   natural to anticipate what I'm going to

22   say and start to answer.  But she can

23   only take down one voice at a time,

24   okay?

25       A. Okay.

Alberty Paul
December 19, 2018                                    7

1            ALBERTY PAUL

2        Q. If at any time you need a break,

3    that's fine.  I just that ask that if

4    there's a pending question, you provide

5    an answer to that question before we

6    take a break, okay?

7        A. Yes.

8        Q. If there's anything unclear

9    about my question, please let me know.

10   I'll do my best to rephrase.  But if

11   you provide an answer to the question

12   I'll assume you understand it, okay?

13       A. Yes.

14       Q. Did you take any medications

15   today that may affect your ability to

16   provide truthful and accurate

17   testimony?

18       A. No.

19       Q. Did you speak with anyone prior

20   to this deposition about the

21   deposition, besides your attorney?

22       A. No.

23       Q. Did you review anything in

24   preparation for this deposition?

25       A. I spoke to my attorney two days

Alberty Paul
December 19, 2018                                                    8

```
 1                 ALBERTY PAUL

 2   ago about the case.

 3        Q. Did you review any documents in

 4   preparation along with that

 5   conversation?  I don't want to know

 6   what was discussed.  But did you review

 7   anything?

 8        A. Yes.

 9        Q. What did you review?

10        A. The case.

11        Q. I guess what I'm asking is, did

12   you review specific materials?

13        A. No, nothing specific.

14        Q. Just a discussion?

15        A. Just a discussion.

16        Q. Were there any visual aids that

17   were used in that discussion that were

18   not created by your attorney?

19        A. No.

20        Q. Have you spoken with anyone

21   about this case, beside your attorneys?

22        A. Besides my attorney?

23        Q. Yes.

24        A. My wife, family members.

25        Q. Anyone else?
```

Alberty Paul
December 19, 2018                                    9

```
1              ALBERTY PAUL

2      A. No, that's all.

3      Q. What family members have you

4  discussed this case with?

5      A. Well, my deceased brother.

6      Q. Is that -- and that's?

7      A. That's my nephew's father. My

8  deceased brother is my nephew's father

9  Anthony Andre Paul.

10     Q. So Anthony Andre Paul, Senior is

11 your brother?

12     A. Right.

13     Q. Who has passed away, correct?

14     A. Passed away, yes.

15     Q. When did he pass away?

16     A. March 27, 2018.

17     Q. I'm sorry for your loss.

18     A. Thank you.

19     Q. Prior to his passing, what was

20 the sum and substance of the

21 conversations that you would have about

22 this case with your brother.

23     A. I'm sorry, what was that?

24     Q. What did you talk about?

25          MS. CORREA:  Objection.
```

Alberty Paul
December 19, 2018                                    10

```
 1              ALBERTY PAUL

 2      Answer, to the extent you're not

 3      discussing attorney-client

 4      privileges.  I mean, anything

 5      that was attorney-client related

 6      because they were both

 7      plaintiffs.  We represented both

 8      Anthony Paul as co-administrators

 9      of the estate.

10      Q. I'm just talking about

11  conversations you had with just your

12  brother?

13      A. We talked about that case.

14      Q. What did you talk about?

15      A. We talked about that Anthony was

16  -- Anthony was basically killed by the

17  police.

18      Q. I understand that this may be

19  uncomfortable and I appreciate that

20  these may be sensitive topics, but did

21  you elaborate?  Did you, with your

22  brother, have a theory of how that

23  happened?

24      A. Yes.  And the theory is, what

25  happened is Anthony was tazered over
```

Alberty Paul
December 19, 2018                                    11

```
 1           ALBERTY PAUL

 2    and over and over again, which

 3    directly, as far as I'm concerned,

 4    resulted to his death.

 5        Q. Did any medical care provider

 6    inform you that that, that the tasering

 7    led to Anthony's death?

 8        A. Any medical care provider, no.

 9        Q. So just generally, and we'll

10    elaborate upon this as we go through.

11    But how did you reach that conclusion?

12        A. Because getting tazered thirteen

13    times in under a minute, basically,

14    could kill anybody.

15        Q. Just generally, and I understand

16    the sensitivity here.  How did you

17    learn of those circumstances?  Was that

18    through your attorney or something

19    else?

20        A. Through my attorney.

21        Q. Just to be clear, for the

22    record, I want -- I know that it's hard

23    sometimes to separate where you learned

24    different pieces of information.  But I

25    don't want to infringe upon
```

Alberty Paul
December 19, 2018                    12

1                ALBERTY PAUL

2    attorney-client privilege.  So if

3    there's something you feel that may

4    infringe upon that, let me know, okay?

5        A.  Okay.

6        Q.  Do you recall anything else

7    about what you would discuss with just

8    your brother about this case, before he

9    passed away?

10       A.  No, I don't actually, no.

11       Q.  Do you recall discussing with

12   him anything about the treatment at the

13   hospital before Anthony passed?

14       A.  No.

15       Q.  Other than your brother, what

16   family members have you discussed this

17   case with?

18       A.  My sister and my other brother,

19   my younger brother.

20       Q.  Is that everybody that you

21   discussed this with?

22       A.  Yes, that's everybody.

23       Q.  And your wife, correct?

24       A.  Right.

25       Q.  Just for clarity, I'm just going

```
 1              ALBERTY PAUL

 2   to hash out a little bit of a family

 3   tree so we can understand who we are

 4   speaking about the relationship amongst

 5   the family, okay?

 6      A. Okay.

 7      Q. So the decedent was your nephew,

 8   correct?

 9      A. Yes.

10      Q. Who are your parents?

11      A. You want their names?

12      Q. Yes.

13      A. Charles Paul and Martine Paul.

14      Q. You had your brother, who was

15   Anthony Andre Paul, Senior, correct?

16      A. Yes.

17      Q. What was his date of birth, if

18   you know?

19      A. June 11, 1965.

20      Q. What is your date of birth?

21      A. September 23, 1969.

22      Q. You have a third brother, is

23   that correct?

24      A. Yes.

25      Q. Also by Charles and Martine?
```

Alberty Paul
December 19, 2018                                    14

```
 1              ALBERTY PAUL

 2      A. Yes.

 3      Q. What is your other brother's

 4  name?

 5      A. Gary Paul.

 6      Q. What's his date of brith?

 7      A. June 14, 1971.

 8      Q. Do you have any other siblings?

 9      A. I have a sister.

10      Q. What's your sister's name?

11      A. Marlyn Abrahams.

12      Q. What's her date of birth?

13      A. December 12, 1962.

14      Q. Do you have any other siblings?

15      A. No.

16      Q. Did you, at any other time, have

17  any other siblings?

18      A. No.

19      Q. You are married, is that

20  correct?

21      A. Yes.

22      Q. What's your wife's name?

23      A. Lilly, L-I-L-L-Y.

24      Q. Maiden name, Roble?

25      A. Robles, right.
```

Alberty Paul
December 19, 2018                              15

1                ALBERTY PAUL

2        Q. When were you married?

3        A. December 1, 2018.

4        Q. Congratulations!

5        A. Thank you very much.

6        Q. Do you have any children?

7        A. Yes, three children.

8        Q. What are their names and ages,

9    if you would be so kind?

10       A. My first child, her name is

11   D.P., she's deceased.  And then I have

12   my son E.P., he's 15, and A.P, 11.

13           MS. CORREA:  Could we please

14       use the initials of the children

15       on the record.

16           MS. DRUMMOND:  Yes, with

17       the understanding -- thank you

18       for providing that information.

19       With the understanding that for

20       for the record, any minor shall

21       be denoted by their first and

22       last initial, any date of births,

23       given this deposition for anyone,

24       we can just have the year on the

25       record.

1          ALBERTY PAUL

2     Q. But you would still give the

3   full details to me.

4          MS. SCHARFSTEIN:  Wouldn't

5      it be easier to have the

6      information on the record and

7      indicate that the portion is

8      confidential?

9          MR. CORREA:  I would prefer

10     to use initials for the minors.

11         MS. DRUMMOND:  I think she's

12     speaking of the dates of birth.

13     Do you have an objection?

14         MS. CORREA:  I don't have an

15     objection to marking that as

16     confidential.  But for the minors

17     I want initial.

18         MS. SCHARFSTEIN:  Then what

19     I would rather do, if you want to

20     do initials on the record, if you

21     could followup with a letter or

22     written document. Just so that

23     we'll all have it for the record,

24     and provide that information, if

25     you don't want it on the record.

```
 1            ALBERTY PAUL

 2         MS. CORREA:  Okay, but it's

 3   not going to be on the record?  I

 4   just want the minor initials.

 5   And then, if you want a letter or

 6   if you want to confirm that these

 7   are the names of the individuals

 8   that could happen.

 9         MS. SCHARFSTEIN:  Yes.  So

10   maybe when you get the transcript

11   and Mr. Paul reviews it, you

12   could return it with a letter

13   just filling in the full

14   information you don't want on the

15   record.

16         MS. CORREA:  So any requests

17   that you have for information

18   after the deposition, just put it

19   writing.

20         MS. SCHARFSTEIN:  Do you

21   need a letter, an e-mail?

22         MS. CORREA:  An e-mail is

23   sufficient.

24         MS. SCHARFSTEIN:  Okay,

25   that's fine.
```

Alberty Paul
December 19, 2018                                    18

1          ALBERTY PAUL

2          MS. DRUMMOND:  Just to make

3    clear, for the record, regarding

4    birthdays, the identification of

5    any minors will be first and last

6    initials.

7          MS. SCHARFSTEIN:  I just

8    want to make sure we have an

9    agreement.  I'll make a written

10   request for you, that's fine.  I

11   just want to make sure that we

12   have an agreement as to how we're

13   going to proceed because we're in

14   the deposition now and we're

15   basically agreeing.

16         MS. CORREA:  Yes, you're

17   going to provide a written

18   request and we're going to

19   respond.

20         MS. SCHARFSTEIN:  Well, I'm

21   not --

22         MS. CORREA:  That's what you

23   just said.

24         MS. SCHARFSTEIN:  Well, I

25   will provide a written request

Alberty Paul
December 19, 2018                    19

1          ALBERTY PAUL

2   but I'm not going to agree to not

3   have this information on the

4   transcript unless I have your

5   assurance that it will be

6   provided outside of the

7   transcript.

8        MS. CORREA:  And I've asked

9   that you followup and we will

10   provide that information once you

11   followup after the deposition.

12        MS. SCHARFSTEIN:  Yes,

13   that's fine.  It sounded as

14   though you were saying, if I

15   followup you would consider it

16   and I just want to make sure that

17   --

18        MS. CORREA:  Well, with

19   respect to that, whatever

20   requests be on the record, I just

21   ask that you followup in writing.

22        MS. SCHARFSTEIN:  So long as

23   we have an agreement that you're

24   going to provide that information

25   that you don't want in the

Alberty Paul
December 19, 2018
20

1           ALBERTY PAUL

2       transcript, outside of the

3       transcript.

4           MS. CORREA:  In response to

5       your request.

6           MS. SCHARFSTEIN:  Yes,

7       that's what I'm requesting.  I'm

8       only agreeing to not have it on

9       the transcript with that

10      condition.

11          MS. CORREA:  Okay.

12          MS. SCHARFSTEIN:  Thanks.

13      Q. Do you have any children with

14  Lilly?

15      A. No, I do not.

16      Q. Were you married prior to being

17  married to Lilly?

18      A. Yes.

19      Q. Who is that?

20      A. Her name is Joy Miskelly,

21  M-I-S-K-E-L-L-Y.

22      Q. For what time period were you

23  married to Miskelly?

24      A. From 1997 to 2013.

25      Q. Are all three of your children

```
 1              ALBERTY PAUL

 2   with Miskelly?

 3       A. Yes.

 4       Q. Or were.  I apologize, and my

 5   condolences for D.P.

 6       A. Thank you very much.

 7       Q. Just generally, what were the

 8   circumstances of your brother's death?

 9       A. My brother's death, cancer,

10   colon cancer.

11       Q. Are your parents alive?

12       A. No.

13       Q. When did they pass away?

14       A. My father passed away in 2007.

15   My mom passed away in 2013.

16       Q. Just generally, what were the

17   circumstances of your father's death?

18       A. Car accident.

19       Q. Generally, your mothers's

20   passing?

21       A. Stroke.

22       Q. Was your brother married?

23       A. Yes.

24       Q. Who was he married to?

25       A. You're talking about my older
```

Alberty Paul
December 19, 2018                    22

1                ALBERTY PAUL

2  brother?

3      Q. Excuse me.  I'm talking about

4  Anthony Andre Paul, Senior.  Sorry.

5      A. Yes, he was married, yes.

6      Q. Who was he married to?

7      A. His wife's name is Sheryl.

8      Q. Were they married up until the

9  time of his passing?

10     A. Yes.

11     Q. When did they get married?

12     A. 1992.

13     Q. Did they have children?

14     A. Yes.

15     Q. Who were their children?

16     A. Ashley Paul and Andre Paul.

17     Q. And their date of birth, if you

18  know them?

19     A. Ashley's date of birth is

20  November 13th.  I don't recall the

21  year.  And Andre's date of birth is

22  April 15th, and I don't recall the

23  year.

24     Q. How old are they now?

25     A. Andre just turned -- you know

Alberty Paul
December 19, 2018                    23

```
 1              ALBERTY PAUL

 2   what, I'm really not sure.

 3      Q. Just to the best of your

 4   recollection.  You could approximate.

 5      A. 22, 21, 21, 20.

 6      Q. And they're about a year apart?

 7      A. Early 20's.  Yes, I'm pretty

 8   sure.

 9      Q. Did Mr. Anthony Andre Paul,

10   Senior have any other children?

11      A. Yes, he did.

12      Q. Who were they?

13      A. Anthony Andre Paul the second,

14   the deceased.

15      Q. No, the Senior, your brother.

16   Did your brother have any other

17   children?

18      A. My brother, Anthony Andre Paul,

19   Senior?

20      Q. Yes?

21      A. Yes, he had two other children.

22      Q. Who were his other children?

23      A. Anthony Andre Paul the second.

24      Q. I'm sorry, I just probably

25   didn't understand that you were
```

```
1                 ALBERTY PAUL

2    answering.  I thought you were asking

3    for clarification.

4        A. I'm sorry.

5        Q. Thank you.

6        A. You're welcome.

7        Q. And?

8        A. And Michelle.

9        Q. Michelle Paul, correct?

10       A. No, she's married.  Her last

11   name is Charles.

12       Q. What was Anthony Andre Paul the

13   second's date of birth, if you know?

14       A. May 25, 1986.

15       Q. And Michelle's?

16       A. January 30, 1988.

17       Q. Who was Michelle's mother?

18       A. Her name -- she's deceased.  Her

19   name is June Dickerson.

20       Q. Was Ms. June Dickerson also

21   Anthony Andre Paul the second's mother?

22       A. Yes.

23       Q. Was Mr. Anthony Andre Paul

24   Senior married to Ms. Dickerson?

25       A. No.
```

Alberty Paul
December 19, 2018                          25

1          ALBERTY PAUL

2      Q. Was he ever married to anyone

3  besides Sheryl?

4      A. No.

5      Q. Do you know when Ms. Dickerson

6  passed away?

7      A. 2004.

8      Q. Do you know, generally, the

9  circumstances leading to her death?

10     A. I think that was cancer.

11     Q. Did Mr. Anthony Andre Paul the

12 second have any children?

13     A. No.

14     Q. Was he married, at any point?

15     A. No.

16     Q. Are you aware of any significant

17 romantic relationships that he had?

18     A. No, I'm not.

19     Q. He never talked about any

20 girlfriends with you?

21     A. Yes, but you said significant.

22     Q. Okay, fair enough.  Does

23 Michelle have any children?

24     A. Yes.

25     Q. Who are her children?

Alberty Paul
December 19, 2018                                    26

1           ALBERTY PAUL

2       A. She has a daughter named Kally

3    and a son named James.

4       Q. Who is she married to?

5       A. James Charles.

6       Q. Has she been married to anyone

7    else?

8       A. No.

9       Q. Are Kally and James her only

10   children?

11      A. Yes.

12      Q. What are their ages, generally?

13      A. What's today?  Today's the 19th.

14   Tomorrow is Kally's birthday.  She'll

15   be either 3 or 4.  And it bothers me

16   because I can never remember.  I always

17   think she's older than she is.  So

18   she's either three or four tomorrow.

19   And James was born the 16th of

20   September, 2018.

21      Q. Just to finish this out, is Gary

22   married?

23      A. Yes.

24      Q. Who is he married to?

25      A. Kiesha James.  Actually, Kiesha

1           ALBERTY PAUL

2    Paul, sorry.  Her maiden name was

3    James.

4        Q. When were they married?

5        A. They were married September

6    19th, 2002.

7        Q. Has he been married to anyone

8    else, previously?

9        A. No.

10       Q. Do they have children?

11       A. Yes.

12       Q. Who were their children?

13       A. They have a daughter.  Her name

14   is Taylor.

15       Q. How old is she, to the best of

16   your approximation?

17       A. Taylor is 13.

18       Q. That's her only child?

19       A. Yes.

20       Q. Is Marlyn married?

21       A. Yes.

22       Q. Who is she married to?

23       A. Anthony Abrahams.  Do you know

24   Anthony Abrahams?

25       Q. No, I was just noting another

Alberty Paul
December 19, 2018                                        28

```
1              ALBERTY PAUL
2  Anthony in the family.
3      A. Yes, we have a lot.
4      Q. Anthony Abrahams, okay.  When
5  were they married?
6      A. They were married in 1986,
7  September 6, 1986.
8      Q. Did they have children?
9      A. Three children.
10     Q. Who are they?
11     A. Martina, Britney and Joshua.
12     Q. How old are they?
13     A. Joshua turned 22 yesterday.
14 Britney is 25, Martina is 28.
15     Q. It's a big family.
16     A. Yes.
17     Q. Would you describe your family
18 as close?
19     A. Yes, I would say so.
20     Q. Do you celebrate most birthdays
21 and holidays together?
22     A. Maybe half and half.
23     Q. So for instance, for Christmas,
24 what are, like, the family plans?
25     A. My personal family plan?
```

```
1              ALBERTY PAUL

2       Q. Yes, who are you seeing?

3       A. I will be with my children, my

4  two boys, my wife and one of my wife's

5  daughters.

6       Q. When is the last time you saw

7  your siblings?

8       A. What's today, Wednesday?

9  Saturday.  Just this past Saturday.

10       Q. What was the occasion  --

11       A. I'm sorry.  I saw one sibling

12  this past Saturday and the saw the

13  other sibling December 1.

14       Q. Who did you see on Saturday?

15       A. My sister.

16       Q. What were you guys up to?

17       A. We were celebrating her

18  birthday.

19       Q. Who was there?

20       A. I was there, my wife was there,

21  my sister and her husband was there,

22  her son Joshua and some other family

23  members.

24       Q. What about when you last saw

25  Gary?
```

1              ALBERTY PAUL

2      A. December 1st.

3      Q. What were you up to then?

4      A. That was my wedding.

5      Q. I'm sorry, of course.  Marlyn

6  didn't come?

7      A. No, she was there.

8      Q. Oh, okay.

9      A. But that was just the last time

10  I saw Gary.

11      Q. Got you.  You saw her more

12  recently?

13      A. I saw her more recently, this

14  past Saturday.

15      Q. Got you.  What's your social

16  security number?  With the

17  understanding that the last four digits

18  are the only thing that's going to be

19  on the record.

20      A. You want the whole thing or just

21  the last four digits.

22      Q. The whole thing?

23      A. --- -- 1107.

24      Q. Do you know Anthony Andre Paul

25  the second's social security number?

```
 1              ALBERTY PAUL

 2      A. No.

 3      Q. Do you know your brother's

 4  Social Security number?

 5      A. No.

 6      Q. By that I mean the deceased

 7  brother?

 8      A. No.

 9      Q. So you were born on --

10      A. September 23rd.

11      Q. 1969.  Where were you born?

12      A. Brooklyn.

13      Q. Where was Anthony Andre Paul the

14  second born?

15      A. He was born in Rockland County,

16  New York.

17      Q. And you currently reside at

18  22-26 80th Street, East Elmhurst,

19  correct?

20      A. Yes.

21      Q. How long have you lived there?

22      A. Since 2012.

23      Q. Who lived there with you?

24      A. My wife, Lilly.

25      Q. And you do not have children?
```

Alberty Paul
December 19, 2018                                      32

```
1          ALBERTY PAUL

2     A. I have two boys.

3     Q. I'm sorry.  Your children from a

4  previous marriage, do they live with

5  their mom?

6     A. They live with their mom during

7  the week.  They live with me every

8  weekend.

9     Q. Has anyone, besides your wife,

10  ever lived with you at that address?

11     A. No.

12     Q. Besides your children every

13  weekend, correct?

14     A. Correct.

15     Q. Did you ever live with Anthony

16  Andre Paul the second in the same

17  residence?

18     A. No.

19     Q. Prior to ███████████

20  where did you live?

21     A. 9717 Avenue M, Brooklyn.

22     Q. Who did you live there with?

23     A. My ex-wife and my two boys.

24     Q. How long did you live there?

25     A. We moved there in '04, and I
```

1          ALBERTY PAUL

2   moved out in 2011.  Seven years.

3      Q. When your brother Anthony Andre

4   Paul passed away, where did he live?

5      A. Florida.

6      Q. Do you know the address?

7      A. No.

8      Q. Have you ever been to visit him

9   in Florida?

10     A. Yes.

11     Q. When was the last time, prior to

12  his passing, that you went visit him in

13  Florida?

14     A. I only visited him the one time

15  and I would say that was probably,

16  maybe, I don't know, 2010.  I'm really

17  not sure.

18     Q. So fairly soon after he had

19  moved to Florida?  Would that be

20  accurate?

21     A. Yes.

22     Q. Just generally, what was the

23  reason for that visit?

24     A. Well, my mother was there with

25  him and I just went down to see.  I

Alberty Paul
December 19, 2018                                          34

1                    ALBERTY PAUL

2    just went down to see where he was

3    living and where my mother was.

4        Q. Was your mother living with him?

5        A. No, she was visiting.

6        Q. I see.  How long did you stay?

7        A. Two days.

8        Q. Prior to him moving to Florida,

9    where did you brother live?  Your

10   brother Anthony Andre Paul, Senior?

11       A. Where did he live?  He lived

12   numerous places.  But just before

13   moving to Florida he was living in

14   Rockland County, New York.

15       Q. Is that the most accurate you

16   could with that?

17       A. Yes, because I can't really

18   remember.  Like I said, he moved around

19   a lot.

20       Q. This is your brother, not your

21   nephew, right, that you're speaking

22   about?

23       A. Yes, my brother Anthony Andre

24   Paul, Senior.

25       Q. So just to finish that thought,

```
1              ALBERTY PAUL
2    when did your nephew pass away?
3       A. July 2, 2015.
4       Q. Prior to his passing, where was
5    your nephew living?
6       A. In the Bronx.
7       Q. Do you know where?
8       A. I don't recall the address but
9    yes, I do know where.  I just don't
10   know the address.
11      Q. To the best of your ability, how
12   would you describe where he was living?
13      A. He was living at a three quarter
14   house.
15      Q. How long had he been living
16   there, to your knowledge?
17      A. About a year.  Maybe a little
18   less.
19      Q. Prior to that, where was your
20   nephew residing?
21      A. At a halfway house in the Bronx.
22      Q. Do you know what halfway house
23   that was called or where it was?
24      A. The halfway house?
25      Q. Yes.
```

Alberty Paul
December 19, 2018                                    36

```
1                ALBERTY PAUL

2        A. No.  I know it was on Morris

3   Street.  I believe it was on Morris

4   Street.  I don't know what the name of

5   it was or is.

6        Q. How long had he been living in

7   the halfway house, to your knowledge?

8        A. About a year.  Maybe a little

9   bit more.

10        Q. Prior to living in the halfway

11   house, in the Bronx, where was your

12   nephew residing?

13        A. He was in Virginia.

14        Q. Was he in prison in Virginia?

15        A. Yes.

16        Q. How long was he there?

17        A. Four years.

18        Q. Do you remember the name of the

19   prison?

20        A. No.

21        Q. I'm just going to get an outline

22   and then I'll go back to these time

23   periods, okay.

24           Prior to your nephew being

25   incarcerated in Virginia, where was he
```

1              ALBERTY PAUL

2    residing?

3        A. Rockland County.

4        Q. Rockland County Correctional

5    facility?

6        A. No.

7        Q. Where was he residing?

8        A. I don't know.  I don't have the

9    address.

10       Q. How long -- when you say

11   Rockland County, was he living in a

12   residence, an apartment?

13       A. In an apartment, I believe.  He

14   -- I'm try to think of the name of the

15   development.  It was called Fred Hecht

16   Houses.

17       Q. Is that just the name of the

18   apartment complex or is that a city

19   facility?

20       A. Name of the apartment complex.

21       Q. How long had he been there?

22       A. I don't know.

23       Q. Did you ever visit him there?

24       A. Yes, I did.

25       Q. Was he living alone or with

Alberty Paul
December 19, 2018                                    38

```
 1            ALBERTY PAUL

 2  someone else?

 3      A. No, he was living there with his

 4  sister.

 5      Q. With Michelle?

 6      A. Yes.

 7      Q. Was it Michelle's apartment or

 8  did they both share the rent, to your

 9  knowledge, or something else?

10      A. I don't really know what the

11  circumstances were.  The apartment was

12  their mother's and she passed away.  So

13  I think they continued to live there.

14      Q. Did your brother, their father,

15  reside with them at that apartment?

16      A. He did for a while.

17      Q. But then he moved out?

18      A. When he was with their mother.

19      Q. When did your brother move out

20  of the apartment in Rockland County,

21  Hecht Houses.

22      A. I really don't remember.

23      Q. Can you approximate?

24      A. Maybe around 1990, 1991.

25      Q. Just generally, to the best of
```

Alberty Paul
December 19, 2018                           39

1              ALBERTY PAUL

2   your knowledge, from what he told you,

3   what were the circumstances of him

4   leaving that residence?

5       A. Him and Anthony and Michelle's

6   mother was no longer seeing eye to eye,

7   no longer together.

8       Q. How old were Michelle and

9   Anthony when he left the residence?

10      A. Well, Anthony was born in '86

11  and I'm estimating that he left around

12  1900, 1991.  So that would make him 4,

13  5 years old.

14      Q. Michelle is just a bit older,

15  right?

16      A. Michelle is younger.

17      Q. I'm sorry.

18      A. She's born '88.  That's okay.

19  She's born in 1988.

20      Q. At any point after she left that

21  residence did your nephew or Michelle

22  live with their father on any regular

23  basis?

24      A. Yes, they did.

25      Q. When was that?

Alberty Paul
December 19, 2018

40

```
 1              ALBERTY PAUL
 2        A. Well, my brother, my older
 3   brother got married in '92.
 4        Q. Sorry, we're talking about their
 5   father, right?
 6        A. Right.
 7        Q. Sorry. The family tree is just
 8   new to me.
 9        A. Yes, it's tough to keep track.
10   Yes, he got married in '92 to Sheryl
11   and Anthony and Michelle were his two
12   first children that he had with June
13   Dickerson.  They were living with their
14   father in Haverstraw, Rockland County.
15   I don't know the dates.  But they did
16   live with him for a while.  They were
17   kind of going back and forth between
18   him and their mom.
19        Q. So generally, you would describe
20   that after your brother left the family
21   home with June --
22        A. Right.
23        Q. Their children, Anthony and
24   Michelle were going back and forth
25   between the homes that they established
```

1              ALBERTY PAUL

2    separately, is that right?

3       A. That's right.

4       Q. Why, to the best that you can

5    describe, was that the arrangement?

6       A. My brother Anthony and June

7    Dickerson, their relationship was up

8    and down.   And so they, you know, I

9    mean, I had nothing to do with it.   It

10   has zero to do with me, but I do know

11   that because of that the kids, kind of,

12   bounced around from the two homes.

13      Q. Was that the choice of the

14   children or their parents?

15      A. Parents.

16      Q. Was anything about the

17   children's behavior precipitous of that

18   arrangement?

19      A. Not that I know of.

20      Q. That was based on the parents

21   relationship?

22      A. Their dealings, yes.

23      Q. So when, to the best -- just so

24   I can form a timeline.   When did

25   Anthony go to Virginia, your nephew?

Alberty Paul
December 19, 2018                              42

1                ALBERTY PAUL

2        A. He got out in 2013.  He was

3    there for four years.  So that would

4    have him going in 2009.

5        Q. Just prior to him being

6    incarcerated in Virginia, was he living

7    in another institution or was he living

8    in the community?

9        A. I don't really know where he was

10   living.  So I can't tell you.  I don't

11   know.

12       Q. Prior to his incarceration in

13   Virginia, was Anthony in jail or prison

14   at any point prior to that?

15       A. He did spend some time in the

16   Rockland County correctional facility.

17   I don't know the times.

18       Q. Obviously, today at the

19   deposition I can only ask what you

20   recall or know.  But to the best of

21   your knowledge, was he in and out of

22   that facility multiple periods, or was

23   in for a continuous period of time?

24       A. I have no idea.

25       Q. Why is it that you don't know?

Alberty Paul
December 19, 2018                              43

```
1              ALBERTY PAUL

2       A. Because during that period I

3  didn't have much contact with Anthony

4  Andre Paul the second.

5       Q. Why is that?

6       A. No specific reason.  You know, I

7  was living my life.  He is my nephew.

8  I love my nephew.  But there wasn't

9  very much contact.

10      Q. Did you go to visit him in

11 Rockland?

12      A. Where?  In jail?

13      Q. Yes.

14      A. One time.

15      Q. One time?

16      A. Yes.

17      Q. And I understand that you can't

18 recall specifically, but can you

19 approximate when your nephew was in

20 Rockland County Correctional?

21      A. The one time that I visited him,

22 I really don't know.  I don't want to

23 say anything.  Whatever I tell you is

24 -- the chances are wrong.  I really

25 don't know.
```

Alberty Paul
December 19, 2018                                    44

1              ALBERTY PAUL

2         Q. Early 2000?  Can you approximate

3    how long it was before he went to

4    Virginia?

5         A. It was a few years before

6    Virginia.  Let me think.  He must have

7    been around 18, maybe 17, or 18.  So if

8    he was born in '86, he was 18 in '94.

9         Q. '86, '96.

10        A. I'm sorry, '04.  He was 18 in

11   '04.  So I would say it was probably

12   '03, '04.

13        Q. Other than Rockland County

14   Correctional and the facility in

15   Virginia, had your nephew been

16   incarcerated or in jail at any point,

17   other than that, to your knowledge?

18        A. No.

19        Q. Had he lived in a group home

20   upstate at any point, to your

21   knowledge?

22        A. You know what, I think so.  I

23   think so.

24        Q. Was that prior to Rockland when

25   he was younger?

Alberty Paul
December 19, 2018                                    45

```
1                 ALBERTY PAUL

2       A. Prior to Rockland what?

3       Q. Fair enough.  Did he reside in a

4   group home, to the best of your

5   recollection, prior to him going to

6   Rockland County Correctional.

7       A. To the best of my -- yes.  I

8   think so.  But it would have been

9   before going to Rockland County

10  Correctional, yes.

11      Q. Do you remember why he would

12  have gone to live in a home in upstate?

13      A. No.

14      Q. Did he live with your mother at

15  any point, your nephew?

16      A. Right.  No.

17      Q. Did he live with another

18  grandma, at any point, to your

19  knowledge?

20      A. Well, his mother's grandmother

21  lived with his mother.

22      Q. His mother's mother?

23      A. He lived with his mother, yes.

24  His mother's mother.  So while living

25  with his mama there was time when the
```

1            ALBERTY PAUL

2     grandma was living there as well.

3        Q. June passed away --

4        A. In '04.

5        Q. So after '04, was there a period

6     of time that your nephew lived with

7     June's mother, his grandmother, without

8     the mom, without your nephew's mom?

9        A. No.  There might have been a

10    time when he did live with my mom, only

11    because they were back and forth and

12    there was a lot going on.  And there

13    might been a time, although I was not

14    around, so I can't say for sure.

15       Q. Who lives in Spring Valley?

16       A. That's where I grew up.

17       Q. Is that your mom?

18       A. Spring Valley is in Rockland

19    County.

20       Q. What's your mother's address?

21       A. The address in Rockland County,

22    Spring Valley was 1 Charlotte Place.

23       Q. 1 Charlotte Place?

24       A. Yes.

25       Q. Did your nephew live there, at

Alberty Paul
December 19, 2018                                    47

```
1              ALBERTY PAUL

2    any time?  Does speaking about it

3    refresh your recollection?

4        A. That's what I'm saying because

5    my nephew and niece, Anthony and

6    Michelle, they were going back and

7    forth between my mother and my father.

8    There was a lot going on.  Knowing my

9    mother, I'm sure she stepped in at one

10   point, took the kids.  If they stayed

11   with her, again, by then I was gone, so

12   I'm really not sure.

13           If they stayed with her, it

14   wasn't long.  But there was a lot going

15   on.  Anthony and Michelle were bounced

16   around a lot as minors, unfortunately.

17       Q. Because their parents had

18   separated or something else that you

19   can articulate?

20       A. Because their parents had

21   separated.

22       Q. Was Michelle ever incarcerated?

23       A. I don't know.

24       Q. You don't know?

25       A. I don't know.
```

```
 1              ALBERTY PAUL

 2      Q. Have you ever asked her?

 3      A. No.

 4      Q. Is there a reason why you

 5   wouldn't ask her that?

 6      A. No, I just haven't asked her.

 7      Q. Do you have a relationship with

 8   Michelle?

 9      A. Yes, kind of.  I mean, we don't

10   speak often.  But I know she lives in

11   Florida now.  I know she just had a kid

12   in September, you know, so.

13      Q. So where is Michelle living now?

14      A. Florida, West Palm Beach.

15      Q. Prior to living in West Palm

16   Beach, where was she living?

17      A. In Spring Valley, Rockland

18   County.

19      Q. So no longer in the Hecht

20   Houses, is that correct?

21      A. I don't know where she was

22   living in Spring Valley.  I do know she

23   lived in the Fred Hecht Houses before

24   she moved to Florida.  I don't know

25   where in Spring Valley she was living.
```

1          ALBERTY PAUL

2      Q. Have you ever spoken with

3  Michelle about this case?

4      A. No.

5      Q. Is there a reason for that?

6      A. Well, when her brother died,

7  okay, Michelle, she, matter of fact,

8  she was here.  And other than that

9  day, what happened, we were running

10  around.  I haven't really had any

11  conversation with Michelle about

12  Anthony's death or what happened to

13  him.

14      Q. So since early July, or maybe

15  even just the 1st or 2nd, you haven't

16  spoken to Michelle about her brother's

17  passing, is that accurate?

18      A. That's pretty accurate, right.

19      Q. Is she aware of this lawsuit?

20      A. Yes.

21      Q. How do you know that?

22      A. Because she was here with her

23  father.  I know that she's aware of the

24  lawsuit.  The whole family is a aware

25  of the lawsuit.

Alberty Paul
December 19, 2018                                    50

```
1              ALBERTY PAUL
2      Q. But how do you know?
3      A. How do I know that Michelle is
4  aware of the lawsuit?
5      Q. Yes.
6      A. Because I just know that she
7  knows.  I mean,  everybody in the
8  family knows when Anthony passed.  It
9  was a big deal.  Everyone in the family
10  knows.
11      Q. Prior to your nephew going to
12  Rockland Correctional Facility, it's my
13  understanding, correct me if I'm wrong
14  because I'm just learning this.  That
15  you weren't particularly close to him
16  in that period of time, is that right?
17      A. That's right.  I wasn't close to
18  him in the form of contact with one
19  another, right.
20      Q. Did you speak with him over the
21  phone prior to him going to Rockland
22  County Correctional Facility on any
23  regular basis?
24      A. No.
25      Q. When, to the best you can
```