

JAMES E. JOHNSON
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Susan P. Scharfstein
*Special Federal Litigation Division*
*212-356-2355*
*Facsimile: (212) 356-3509*
*sscharfs@law.nyc.gov*

March 9, 2021

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.** 3/11/2021

Defendants may publicly file redacted versions of Exhibits EE, FF, and PP as indicated in the set filed on October 2, 2020.

(by ECF and first-class mail)
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>Anthony Paul, et al. v. City of New York, et al.</u>, 16 CV 01952 (VSB) (SN)

Dear Judge Broderick:

I am an attorney in the office of James E. Johnson, Corporation Counsel of the City of New York, counsel for the City of New York and the ten individual police defendants (defendants) in this action brought pursuant to 42 U.S.C. § 1983.

Pursuant to a telephone conversation with Chambers, I write to enclose a disk containing copies of audio materials that are exhibits to the Declaration of Susan P. Scharfstein dated October 2, 2020, in support of defendants' motion for summary judgment, which was fully submitted as of February 23, 2021. The enclosed documents are as follows:

Exhibit Z – Audio of 911 call placed from Narco Freedom House # 19

Exhibit CC – Audio of Interview of Charles Webb by the Bronx County District Attorney's Office

Exhibit DD – Audio of Interview of Terrence Thomas by the Bronx County District Attorney's Office

Exhibit A to Exhibit NN – Audio of Interview of Police Officer Nelson Sweeting by the Force Investigation Division of the NYPD

Exhibit A to Exhibit OO – Audio of Interview of Police Officer Samuel Baez-Veras by the Force Investigation of the NYPD

- 2 -

      Exhibit A to Exhibit SS – Audio of interview of Detective Debra Jack by the Force Investigation Division of the NYPD

      Exhibit TT – Audio of interviews of Terrence Thomas and Curtis Joseph by the Force Investigation Division of the NYPD

      Additionally, on October 2, 2020, defendants filed certain exhibits in redacted form on ECF, as those materials contain medical information and are therefore not appropriate for viewing on the Court's public docket on ECF.  Defendants are now filing those materials on ECF under seal.  Those documents include Exhibit EE (North Central Bronx Hospital records for Anthony Paul), Exhibit FF (Report of autopsy for Anthony Paul by the Office of the Chief Medical Examiner of the City of New York), and Exhibit PP (Pre-Hospital Care Reports for Anthony Paul).

      Thank you for your consideration herein.

      Respectfully submitted,

      /s/ *Susan P. Scharfstein*

      Susan P. Scharfstein

cc:    All Counsel of Record *(by ECF)*