UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

ANTHONY ANDRE PAUL, et al.,

                            Plaintiffs,                      16-CV-01952 (VSB)(SN)

       -against-                                        **ORDER**

CITY OF NEW YORK, et al.,

                            Defendants.

--------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties are directed to meet and confer to discuss the potential for settlement in this matter. If the parties then believe that a settlement conference before the Court would be beneficial, they should contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. The Court is currently scheduling settlement conferences in January of 2023.

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:      November 4, 2022
                New York, New York