UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
ANTHONY ANDRE PAUL, et al.,                                :
:
                       Plaintiff,    :
:        16-CV-1952 (VSB)
     - against -                                          :
:        **ORDER**
:
THE CITY OF NEW YORK, et al.,                          :
:
                    Defendants.   :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On May 30, 2023, I entered an Opinion & Order deciding Defendants' summary judgment motions and motions to exclude certain testimony and evidence. (Doc. 309.) In that Opinion, I also ordered Plaintiff "to provide a proper Rule 26 disclosure of the damages they seek within thirty (30) days of this order." (*Id.* at 16.) On May 31, 2023, Magistrate Judge Sarah Neburn entered an order directing the parties to propose dates for a settlement conference "if it would be productive at this time." (Doc. 310.) Accordingly, it is hereby:

      ORDERED that on or before July 20, 2023 the parties submit a joint status letter informing the court of 1) the status of Plaintiff's Rule 26 disclosures; 2) whether the parties intend to schedule a settlement conference with Magistrate Judge Netburn; 3) the parties' availability in early 2024 for a trial in this matter; and 4) an estimated trial length.

SO ORDERED.

Dated:      July 6, 2023
                New York, New York

                                                        Vernon S. Broderick
                                                         United States District Judge