UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ANTHONY ANDRE PAUL, et al.,                              :
                                                          :
                           Plaintiffs,      :
                                                          :       16-CV-1952 (VSB)
        - against -                                  :
                                                          :       **ORDER**
                                                          :
THE CITY OF NEW YORK, et al.,                             :
                                                          :
                           Defendants.      :
                                                          :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On July 18, 2023 the parties submitted a joint letter, (Doc. 312), as requested by my Order entered July 6, 2023, (Doc. 311).  In that letter, the parties explained that:  Plaintiff has provided the necessary Rule 26 disclosures, the parties wish to meet with Magistrate Judge Sarah Netburn for a settlement conference, the parties are available for trial beginning April 1, and they anticipate trial will be 4 weeks.  (Doc. 312.)  It is hereby:

       ORDERED that the parties are to contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance.

       IT IS FURTHER ORDERED that jury trial in this matter is scheduled to begin on May 6, 2024 at 10:00 a.m.

       IT IS FURTHER ORDERED that, pursuant to Rule 6 of my Individual Rules & Practices in Civil Cases, a joint pretrial order and any additional motions in limine are due on or before March 25, 2024.  Oppositions to motions in limine, as well as proposed voir dire questions,

proposed verdict sheets, and proposed jury instructions are due on or before April 8, 2024.  Two courtesy copies of all documents shall be submitted to Chambers, and Microsoft Word versions of the proposed voir dire questions and jury instructions must also be submitted by email to BroderickNYSDChambers@nysd.uscourts.gov.

   IT IS FURTHER ORDERED that a final pretrial conference in this matter will be held on April 29, 2024 at 10:30 a.m.

SO ORDERED.

Dated:  July 20, 2023
     New York, New York

_____
Vernon S. Broderick
United States District Judge