UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ANTHONY ANDRE PAUL, et al.,

                           Plaintiffs,                  16-CV-01952 (VSB)(SN)

       -against-                           **SETTLEMENT CONFERENCE ORDER**

CITY OF NEW YORK, et al.,

                           Defendants.

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A settlement conference is scheduled for Thursday, September 28, 2023, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by Thursday, September 21, 2023.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:       July 31, 2023
                  New York, New York