```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ANTHONY ANDRE PAUL, et al.,

                Plaintiffs,

      -against-

CITY OF NEW YORK, et al.,

                Defendants.

-----------------------------------------------------------X

16-CV-01952 (VSB)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    Due to a conflict in the Court's calendar, the settlement conference currently scheduled for Thursday, September 28, 2023, is RESCHEDULED for Thursday, November 30, 2023 at 10:00 am. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by Monday, November 27, 2023. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:  September 20, 2023
             New York, New York