UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
         :
ANTHONY ANDRE PAUL, et al.,        :
         :
        Plaintiffs,    :
         :     16-CV-1952 (VSB)
    - against -    :
         :     **ORDER**
         :
NORTH CENTRAL BRONX HOSPITAL, et :
al.,        :
         :
       Defendants.  :
         :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of the parties' joint preliminary trial report, (Doc. 324), as well as the parties' respective motions in limine, (Docs. 326–329.) I am also in receipt of the parties' motion for an extension of time to file their opposition to the parties' motions in limine, joint proposed jury instructions, joint voir dire questions, and joint verdict form. (Doc. 330.) Accordingly, it is hereby:

      ORDERED that the parties' deadline to file their opposition to the parties' motions in limine, joint proposed jury instructions, joint voir dire questions, and joint verdict form is Friday, April 19, 2024. The Clerk of Court is respectfully directed to terminate the open motion at Doc. 330.

      IT IS FURTHER ORDERED that the final pretrial conference scheduled for April 29, 2024 at 10:30 a.m. is adjourned one day and will be held on April 30, 2024 at 1:00 p.m..

IT IS FURTHER ORDERED that trial is adjourned one day and will begin on May 7, 2024 at 10:00 a.m..

SO ORDERED.

Dated:   April 15, 2024
         New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge