UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ANTHONY ANDRE PAUL, et al.,

                Plaintiffs,                      16 **CIVIL** 1952 (VSB)

-against-                      **JUDGMENT**

NORTH CENTRAL BRONX HOSPITAL, et al.,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Vernon S. Broderick, United States District Judge, the jury having returned a verdict in favor of the Defendants. The complaint is dismissed against Detective Anthony DiFrancesca, Deputy Chief Vincent Giordano, Detective Richard Hefner, Police Officer Aramis Ramos, Detective Darren McNamara, Captain Eugene McCarthy, Sergeant O'Doherty, Lt. Michael Licitra, North Central Bronx Hospital and New York City Health and Hospitals Corporation.

**DATED:** New York, New York
              July 22, 2024

                                                    DANIEL ORTIZ
                                                    Acting Clerk of Court

So Ordered:

_[signature]_                          BY: _[signature]_
U.S.D.J.                                                 Deputy Clerk